JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA HOOD,<br><br>  Plaintiff,<br><br>  vs.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company, and DOES 1 - 10, inclusive,<br><br>  Defendants. | CASE NO. 2:13-cv-00225-CAS-VBK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff NATASHA HOOD and Defendant MIDLAND FUNDING, LLC to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: June 24, 2013

_____
UNITED STATES DISTRICT JUDGE